■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ROSE-ELLEN KATZ, Admitted on or about July 25, 1990 at a Term of the Appellate Division, Second Department. [780 NYS2d 734]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. HONESTO ALEGRE MOJICA, JR., Admitted September 1986, at a Term of the Appellate Division, Third Department. [780 NYS2d 734]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]